UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

WILLIAM JOOS,                                          Civil No. 12-1822 (JRT/FLN)

                                 Plaintiff,

v.

BANK OF AMERICA, N.A.,                    **ORDER ADOPTING REPORT AND**
MORTGAGE ELECTRONIC                              **RECOMMENDATION**
REGISTRATION SYSTEMS, INC.,
FEDERAL NATIONAL MORTGAGE
ASSOCIATION, JOHN DOE 1-100,
JANE DOE 1-100 ,

                                Defendants,
_____

    Andrew Leone, **LEONE LEGAL, PA**, P.O. Box 70, Chanhassen, MN 55317, for plaintiff.

    Andrew Hanson, Ronn Kreps, Sparrowleaf McGregor, **FULBRIGHT & JAWORSKI**, 80 South Eighth Street, Suite 800, St Paul, MN 55101, for defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated December 12, 2012 [Docket No. 21]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1.    Defendants' motion to dismiss (ECF No. 7) is **GRANTED**;

2.    Counts 1 through 7 of the complaint are **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

DATED: January 4, 2013
at Minneapolis, Minnesota.                    _____s/John R. Tunheim_____
                                              JOHN R. TUNHEIM
                                              United States District Judge